Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of synthetic filaments similar in all material respects to those the subject of *Empire Brushes, Inc.*, and *Wood Niebuhr & Co.* v. *United States* (42 Cust. Ct. 145, C.D. 2078), the claim of the plaintiff was sustained.

No. 65017.—Gimbel Bros., Inc., et al. *v.* United States, protests 149966–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of candlesticks similar in all material respects to those the subject of Abstract 62036, except that they are not plated with platinum, gold, or silver, nor colored with gold lacquer, the claim of the plaintiffs was sustained.

No. 65018.—Bergdorf Goodman Co. et al. *v.* United States, protests 169237–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of candlesticks similar in all material respects to those the subject of Abstract 62036, except that they are not plated with platinum, gold, or silver, nor colored with gold lacquer, the claim of the plaintiffs was sustained.

No. 65019.—Amerex Trading Corp. *v.* United States, protests 269675–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of meat holders similar in all material respects to those the subject of Abstract 63928, the claim of the plaintiff was sustained.